IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

DONNELL ELDRIDGE,
TDCJ-CID No. 1181898,

        Plaintiff,

v.

BOBBY LUMPKIN, *et al.,*

        Defendants.

2:23-CV-175-Z-BR

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss the Complaint filed by Plaintiff (ECF No. 9). No objections to the findings, conclusions, and recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED** and the case is **DISMISSED** with prejudice pursuant to 28 U.S.C. Sections 1915 and 1915A.

    **SO ORDERED**.

    February __2__, 2024.

 

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE